No. 85–7076.   CARDALL *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 85–7081.   ROCQUE *v.* LEE.   C. A. 4th Cir.   Certiorari denied.

No. 85–7082.   NICHOLS *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 85–7083.   ARMSTRONG *v.* SUPERIOR COURT OF CALIFORNIA, ORANGE COUNTY (ARMSTRONG, REAL PARTY IN INTEREST).   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 85–7084.   OWENS *v.* LOUISIANA.   Sup. Ct. La.   Certiorari denied.

No. 85–7085.   DUCKETT *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 85–7086.   LAWRENCE *v.* UNITED STATES.   C. A. Fed. Cir.   Certiorari denied.

No. 85–7090.   FILIPAS *v.* AKRON GENERAL HOSPITAL ET AL. C. A. 6th Cir.   Certiorari denied.

No. 85–7091.   LOPEZ *v.* KINCHELOE, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 85–7092.   ROCHON *v.* BLACKBURN, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 85–7093.   NOVAK *v.* ILLINOIS DEPARTMENT OF CORRECTIONS ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 85–7095.   SHABAZZ *v.* CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 85–7096.   RANSON *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 85–7097.   STOCKTON *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.